UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Selia Ruiz Mitchell,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:19-CV-00945<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 12, 2020 to July 13, 2020, for Plaintiff to serve on defendant with REPLY BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly. This is Plaintiff's third request in this case for an extension of time, but first extension for this task.. Good cause exists for this request.

As with most organizations, COVID-19 has taken a toll on the regular course of business within Counsel's office. As a result of the various executive orders throughout Fresno County and the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.   The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in

1

developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support. Additionally, Counsel requires that his staff self-quarantine when COVID-19 symptoms appear, thus further reducing support necessary to timely and efficiently process the workload.

Additionally, the week of 05/31/2020, Plaintiff's Counsel had 20 administrative hearings, 10 hearing preparation appointments with claimant, 2 Opening briefs, and 1 Reply brief. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments. The week of 6/7/2020, Plaintiff's Counsel has 15 administrative hearings, 1 hearing preparation appointment with claimant, 10 Opening briefs, 1 Letter brief, and 3 Reply briefs.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 7, 2020          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: June 7, 2020          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Margaret Lehrkind*
Margaret Lehrkind
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on June 7, 2020)

**ORDER**

Plaintiff's motion for extension is granted as stipulated. ECF No. 13. Plaintiff will have until July 13, 2020, to file a reply brief.

IT IS SO ORDERED.

Dated:   June 8, 2020                                  _____
                                                      UNITED STATES MAGISTRATE JUDGE

No. 204.